Novera Herbert SPECTOR, Appellant,

v.

Neil McELROY, individually and as Secretary of Defense, et al., Appellees.
No. 14615.

United States Court of Appeals
District of Columbia Circuit.
Argued Feb. 3, 1959.
Decided July 16, 1959.

Mr. David I. Shapiro, Washington, D. C., with whom Mr. Gerhard P. Van Arkel, Washington, D. C., was on the brief, for appellant.

Mr. Bernard Cedarbaum, Atty., Dept. of Justice, for appellees.

Asst. Atty. Gen. George C. Doub and Messrs. Samuel D. Slade, Howard E. Shapiro and David N. Webster, Attys., Dept. of Justice, were on the brief for appellees.

Mr. Morton Hollander, Atty., Dept. of Justice, also entered an appearance for appellees.

Before EDGERTON, BAZELON and BASTIAN, Circuit Judges.

PER CURIAM.

The judgment of the District Court is reversed. Greene v. McElroy, 79 S.Ct. 1400.